NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREEN EDGE ENTERPRISES, LLC,**
*Plaintiff/Counterclaim Defendant,*

v.

**RUBBER MULCH ETC., LLC,**
**GROUNDSCAPE TECHNOLOGIES, LLC,**
AND **RUBBER RESOURCES, LTD., LLP,**
*Defendants/Counterclaimants,*

v.

**INTERNATIONAL MULCH COMPANY**
AND **MICHAEL MILLER,**
*Counterclaim Defendants-*

*Appellees,*

v.

**JUDY SMITH,**
*Counterclaim Defendant,*

AND

**LEE GREENBERG,**
*Counterclaim Defendant-*

*Appellant.*

---

2012-1126

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 02-CV-0566, Magistrate Judge Terry I. Adelman.

---

## ON MOTION

---

## ORDER

Lee Greenberg moves for a 30-day extension of time to respond to International Mulch Company and Michael Miller's motion to dismiss this appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Greenberg's response to the appellees' motion to dismiss this appeal is due within 30 days of the date of filing of this order.

(2) Pursuant to Fed. Cir. R. 31(c), the briefing schedule is stayed.

FOR THE COURT

JAN 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lee Greenberg
Keith A. Rabenberg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK